**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| RAHEEM MUHAMMAD, | : No. 48 WAL 2016 |
| Petitioner | : |
| | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |
| v. | : |
| | : |
| | : |
| | : |
| DAVID A. NORRIS; CARL HOFFIELD; | : |
| DAVID CURLEY; RAYMOND URBASH; D | : |
| AND D AUTO SALVAGE YARDS; TROY | : |
| HILL GARAGE; ALL FOREIGN AUTO | : |
| PARTS; WEST PENN MOTOR CLUB; | : |
| AAA OF PHILADELPHIA, | : |
| PENNSYLVANIA: AUTOMOBILE | : |
| ASSOCIATION OF AMERICA; | : |
| PENNSYLVANIA DEPARTMENT OF | : |
| TRANSPORTATION AND THE | : |
| COMMONWEALTH OF PENNSYLVANIA, | : |
| | : |
| Respondents | : |

**ORDER**

**PER CURIAM**

AND NOW, this 2nd day of June, 2016, the Petition for Allowance of Appeal is

**DENIED**.

Justice Wecht did not participate in the consideration or decision of this matter.